NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAG INSTRUMENT, INC.,**
*Appellant,*

v.

**THE BRINKMANN CORPORATION,**
*Cross-Appellant.*

---

2011-1052, -1053
(Opposition Nos. 91164169, 91164340, and 91163534)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**ORDER**

The Brinkmann Corporation moves for a 30-day extension of time, until March 30, 2011, to file its principal brief, until May 9, 2011, for Mag Intrument, Inc. to file its reply brief, and until May 23, 2011 for The Brinkmann Corporation to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__FEB 2 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert C. Weiss, Esq.
     Gary A. Clark, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 2 8 2011

**JAN HORBALY**
**CLERK**